Metasco Trading Corp. *v.* United States

No. 6818.—Invoices dated Yeovil, England, October 4, 1945, etc.
Certified October 16, 1945, etc.

Entry No. 3821, etc.

(Decided January 28, 1947)

*Joseph F. Lockett* for the plaintiff.

*Paul P. Rao*, Assistant Attorney General, for the defendant.

Oliver, Presiding Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

Michaelian & Kohlberg (W. J. Byrnes & Co., N. Y.) et al. *v.* United States

No. 6819.—Invoices dated London, England, September 11, 1945, etc.
Certified September 1945, etc.
Entered at New York, N. Y., November 13, 1945, etc.
Entry No. 11325, etc.

(Decided January 28, 1947)

*Lane, Young & Fox* for the plaintiffs.

*Paul P. Rao*, Assistant Attorney General, for the defendant.

Cole, Judge (Abstract): These appeals for reappraisement of various items of merchandise concern the so-called British purchase tax, described in the law of the United Kingdom entitled, "Finance (No. 2) Act 1940 3 & 4 Geo. 6 Ch. 48." The said tax was held not to be an item to be included in foreign value as defined in section 402 (c) of the Tariff Act of 1930 as amended by the Customs Administrative Act of 1938 (19 U. S. C. § 1402 (c)). *United States* v. *Wm. S. Pitcairn Corp.*, 33 C. C. P. A. 183, C. A. D. 334.

On the undisputed facts, I find export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for appraisement of the articles in question, and that such statutory values thereof are the appraised values, less additions made by the importers on entry because of advances in similar cases.